[No. 19085. Department Two. February 24, 1925.]

THE STATE OF WASHINGTON, *on the Relation of Sidney Brunn et al., Plaintiff,* v. THE SUPERIOR COURT COURT FOR KING COUNTY, *Otis W. Brinker, Judge, Respondent.*[1]

CERTIORARI (8)—JURISDICTION—AMOUNT IN CONTROVERSY. Certiorari does not lie to review a judgment where the amount in controversy is less than the $200 constitutional limitation for appeals.

Certiorari to review a judgment of the superior court for King county, Brinker, J., entered November 28, 1924. Dismissed.

.*Walter Metzenbaum,* for relator.

*E. C. Hudson,* for respondent.

[1]Reported in 233 Pac. 1119.

PER CURIAM.—It appearing that the matter sought to be reviewed involves less than two hundred dollars, this court has no jurisdiction to review the same, and the writ is therefore dismissed.